UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAPRECE BYRD, *et al.*,

    Plaintiffs,

v.

VISALUS, INC., *et al.*,

    Defendants.

Case No. 17-cv-12626
Hon. Matthew F. Leitman

_____/

## ORDER (1) DENYING PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER AND APPOINTMENT OF INTERIM CLASS COUNSEL (ECF #22) AND (2) DISSOLVING STIPULATED ORDER (ECF #27)

On September 13, 2017, Plaintiffs filed an emergency motion in which they asked the Court to, among other things, order the Defendants to cease certain communications with members of the putative class and appoint Plaintiffs' counsel as interim class counsel. (*See* ECF #22.) The Court thereafter entered a stipulated interim order with respect to Plaintiffs' motion. (*See* ECF #27.) The Court held a hearing on the motion on December 8, 2017. (*See* ECF #40.)

For the reasons stated on-the-record at the December 8, 2017, hearing, (1) Plaintiffs' motion (ECF #22) is **DENIED** and (2) the parties' stipulated order (ECF #27) is **DISSOLVED**.

    **IT IS SO ORDERED.**

                              /s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: December 11, 2017

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2017, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764