UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Caprece Byrd, et al.,

                Plaintiff(s),

v.                                    Case No. 4:17−cv−12626−MFL−DRG
                                          Hon. Matthew F. Leitman

VISALUS, INC., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 242. The following motion(s) are scheduled for hearing:

      Motion to Dismiss – #39

- MOTION HEARING: February 20, 2018 at 09:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                     By: s/H Monda
                                                                        Case Manager

Dated: January 22, 2018