UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC J. HARRIS, SR., individually, and on behalf of all others similarly situated, and CAPRECE BYRD, BRYANT WATTS, RENAE WHITE, LAURA HERL, DR. FRANK McWHORTER, ERIC J. HARRIS, SR. and CONNIE BATES, individually on their own behalf,<br><br>    Plaintiffs,<br><br>vs.<br><br>VISALUS, INC., a corporation, et al,<br><br>    Defendants. | Case No. 17-cv-12626<br>Hon. Matthew F. Leitman |

## NOTICE OF FILING SETTLEMENT AGREEMENT

Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement on May 23, 2019 [Dkt. 68] and attached to said Motion was an unexecuted copy of the Settlement Agreement. All parties have now executed the Settlement Agreement and Plaintiffs hereby give notice to the Court and parties that they are filing as Exhibit 1 hereto a copy of the fully executed document.

Dated: June 11, 2019

                                              Respectfully submitted,

                                              *s/ Andrew Kochanowski*
                                              Andrew Kochanowski

SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
(248) 355-0300
akochanowski@sommerspc.com

PREBEG, FAUCETT & ABBOTT, PLLC
Matthew J.M. Prebeg
Brent T. Caldwell
Attorneys for Plaintiffs
8441 Gulf Freeway, Suite 307
Houston, TX 77017
(832) 743-9260
mprebeg@pfalawfirm.com
bcaldwell@pfalawfirm.com

WEXLER WALLACE LLP
Edward A. Wallace
Mark R. Miller
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 589-6272
EAW@wexlerwallace.com
MRM@wexlerwallace.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2019, I electronically filed the foregoing **NOTICE OF FILING SETTLEMENT AGREEMENT** with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to the attorneys of record.

*s/ Andrew Kochanowski*
Andrew Kochanowski

2